IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| EUGENE THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 310-019 |
| | ) | |
| RALPH KEMP, Warden, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. On September 24, 2010, Plaintiff simultaneously filed objections to, and a motion for extension of time to file additional objections to, the Magistrate Judge's Report and Recommendation. (Doc. nos. 18, 19.) Plaintiff's September 24th objections simply stated that he objected to the Report and Recommendation, but that he could not provide specific reasons because he claimed he was being denied access to the law library by Warden Don Jarriel and others at Georgia State Prison ("GSP") in retaliation for Plaintiff for filing a grievances against them.[1] (Doc. no. 19.) This Court issued an Order granting Plaintiff an extension of time of 21 days to file

---

[1] Plaintiff goes on to detail what he claims to be several instances of violations of his constitutional rights by Warden Jarriel and other staff at GSP. Objections to a Report and Recommendation are not the proper vehicle in which to attempt to raise additional claims against new Defendants. If Plaintiff wishes to allege claims of constitutional violations against Warden Jarriel or others at GSP for incidents that are unrelated to the instant action, then Plaintiff must file those claims in the Statesboro Division of this Court.

additional objections (doc. no. 20), but Plaintiff has not done so. Therefore Plaintiff's objections are **OVERRULED**. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's claims concerning the grievance appeal procedure and an alleged conspiracy, as well as Defendants Connor, Ferguson and Fields, are **DISMISSED** from this case.

SO ORDERED this 23rd day of November, 2010, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE