ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 FEB 29 A 9 42
CLERK
SO. DIST. OF GA.

| | | |
|---|---|---|
| EUGENE THOMAS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 310-019 |
| KRISTY RICKS, Mailroom Clerk, and RALPH KEMP, Warden, | ) ) ) | |
| Defendants. | ) ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment (doc. no. 29) is **GRANTED IN PART** and **DENIED IN PART**, and a **FINAL JUDGMENT** in this case shall be entered in favor of Defendant Kemp only. Plaintiff's claim that Defendant Ricks retaliated against him for filing a grievance will proceed to trial.

SO ORDERED this 28th day of February, 2012, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE