IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2012 JUL 25 AM 11:38
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| EUGENE THOMAS, | * |
| Plaintiff, | * |
| v. | *   CV 310-019 |
| KRISTY RICKS; WILLIAM CONNOR, Chief; RALPH KEMP, Warden; JAMES FERGUSON, CEO of Corrections Corporation of America; SHEVONDAH FIELDS, Inmate Affairs and Appeals, Atlanta, Georgia (Department of Corrections), | * |
| Defendants. | * |

## O R D E R

Trial of the above-captioned case took place on July 24, 2012 at the Federal Justice Center in Augusta, Georgia. All other claims and parties having been previously dismissed, the only claim presented to the jury consisted of Plaintiff Eugene Thomas's First Amendment retaliation claim against Defendant Kristy Ricks. After each party was fully heard through evidence, Defendant Ricks moved for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a). For the reasons stated from the bench, the motion is hereby **GRANTED**.

Defendants William Connor, James Ferguson, and Shevondah Fields were dismissed from the case by Court Order on November 23, 2010. (Doc. no. 22.) Subsequently, Defendant Ralph Kemp

was dismissed after summary judgment was granted in his favor. (Doc. no. 40.) Following trial, with all claims against all parties having now been finally adjudicated, the Clerk is **DIRECTED** to **ENTER FINAL JUDGMENT** in favor of each of the Defendants in this case, **TERMINATE** all motions, and **CLOSE** the case. Plaintiff is not entitled to recovery and all costs shall be taxed against him. Fed. R. Civ. P. 54(d) ~~(1)~~.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of July, 2012.

_____
UNITED STATES DISTRICT JUDGE